UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABDUL WAHEED MOHAMMED,<br><br>Defendant. | 5:24-CR-50165-02-CCT<br><br>**ORDER** |

Defendant filed a pro se motion of contemporaneous objection, Docket 147, on March 9, 2026. On January 28, 2026, defendant filed a notice of appeal to the Eighth Circuit Court of Appeals prior to judgment being entered. Docket 134. On February 6, 2026, counsel for defendant filed a notice of appeal from the judgment entered by the Court on January 29, 2026. Docket 139. "Once a notice of appeal is filed, the district court is divested of jurisdiction over matters on appeal." *State ex rel. Nixon v. Coeur D'Alene Tribe*, 164 F.3d 1102, 1106 (8th Cir. 1999). As a general rule:

> [A] federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.

*United States v. Ledbetter*, 882 F.2d 1345, 1347 (8th Cir. 1989) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). "This rule applies with equal force to criminal cases." *Id.*

Because the appeal is pending, this Court is without jurisdiction over defendant's motion. Defendant will need to raise any further issues with the Eighth Circuit Court of Appeals. Accordingly, it is

ORDERED that defendant's motion of contemporaneous objection, Docket 147, filed with this Court, is denied.

Dated March 10, 2026.

                            BY THE COURT:

                            /s/ *Camela C. Theeler*
                            CAMELA C. THEELER
                            UNITED STATES DISTRICT JUDGE

Case 5:24-cr-50165-CCT    Document 148    Filed 03/10/26    Page 2 of 2 PageID #: 2459